In the Matter of the VILLAGE OF WELLSVILLE, Respondent, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, et al., Appellants.

Argued May 24, 1940; decided June 14, 1940.

*Gay H. Brown, Laurence J. Olmsted* and *Sherman C. Ward* for appellants.

*Samuel Slaff, Harry R. Booth* and *Fred Kleinman* for Committee on Public Utilities of the National Lawyers Guild, *amicus curiæ.*

*Harold H. McBride* for respondent.

Appeal dismissed, with costs, on the ground the order is not final. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.